UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

JUAN MURIEL,
                     Defendant.
------------------------------------------------------------X

11 cr 474-02 (JGK)

**ORDER**

For the reasons stated on the record, today and upon consent of the parties, the application of April 1, 2019, to modify the conditions of supervised release is hereby withdrawn.

**SO ORDERED.**

                                          **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 8, 2020