UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,


        -against-                                 11 cr 474-02 (JGK)

JUAN MURIEL,                                  **ORDER**

                        Defendant.
------------------------------------------------------------X

        The matter, scheduled for Tuesday, February 27, 2024, at 3:00pm, is **adjourned to**

**Thursday, March 14, 2024, at 11:30am.**

**SO ORDERED.**

                                 _____
                                  **JOHN G. KOELTL**
                       **UNITED STATES DISTRICT JUDGE**


Dated: New York, New York
        February 26, 2024